FILED

2025 Feb-21 PM 12:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **QUINTERRIOUS ANTHONY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. _____** |
| | ) | |
| **OFFICER MARKCO HENDERSON** | ) | **(Removed from the Circuit Court** |
| **and CITY OF HOOVER,** | ) | **of Jefferson County, Alabama,** |
| | ) | **Birmingham Division, Case No.** |
| **Defendants.** | ) | **01-CV-2025-900281)** |

## NOTICE OF REMOVAL

Defendants remove this action from the Circuit Court of Jefferson County, Alabama (Birmingham Division), to the United States District Court for the Northern District of Alabama, Southern Division, under 28 U.S.C. §§ 1331, 1343(a)(3), 1343(a)(4), and 1441(a), on these grounds:

1. Plaintiff Quinterrious Anthony filed this action on January 22, 2025 against the City of Hoover, Alabama and Hoover Police Officer Markco Henderson, in the Birmingham Division of the Circuit Court of Jefferson County, Alabama, where it was assigned case number 01-CV-2025-900281.

2. The City of Hoover received service of process by certified mail on or about January 24, 2025, and the Circuit Court file reflects a service date of January 27, 2025. Service of process was issued to Officer Henderson on or about January 22, 2025, but he has not been served as of the date of removal. The time within

which Defendants are required to answer or respond to the Complaint in state court has not expired, and this removal is being filed within 30 days of service.

3.  Copies of the Complaint and all process, pleadings, and orders served on Defendants or filed in the state court are attached as Exhibit 1.

4.  The Plaintiff's Complaint asserts claims under 42 U.S.C. § 1983 for "civil damages arising from violations of the First and Fourth Amendments to the U.S. Constitution." (Complaint, ¶¶ 1 and 26-41.) This Court has original federal question jurisdiction under 28 U.S.C. §§ 1331, 1343(a)(3), and 1343(a)(4).

5.  The Complaint also asserts a state law claim against the City of Hoover under *Ala. Code* § 11-47-190, for alleged "false arrest and unskillfulness and unreasonableness of its agents." (Complaint, ¶¶ 30-36.) This Court has supplemental jurisdiction over the state law claim under 28 U.S.C. § 1367.

6.  The state law claim is not separate and independent from the federal claims, and remand of the state law claim is therefore not permissible under 28 U.S.C. § 1441(c). The Court should retain jurisdiction over the state law claim because it does not fall within any of the limited exceptions in 28 U.S.C. § 1367(c) under which a district court could exercise discretion in declining supplemental jurisdiction.

7.    In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Jefferson County, Alabama, and served on all parties to this action.

8.    Defendants will answer or present their defenses or objections to the Plaintiff's Complaint in accordance with Rule 81(c), Fed. R. Civ. P. Defendants reserve the right to assert any and all defenses they may have in this action at that time.

Respectfully submitted on February 21, 2025.

s/ Charles K. Hamilton
Charles K. Hamilton
Wallace Jordan Ratliff & Brandt LLC
Post Office Box 530910
Birmingham, Alabama 35253
(205) 870-0555
khamilton@wallacejordan.com

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2025, I electronically filed the foregoing **Notice of Removal** using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Charles K. Hamilton
OF COUNSEL